# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | MISC. No. 08-0065 (JRT/JJG) |
| Applicant, | |
| v. | **ORDER** |
| FORTUNE BAY RESORT CASINO, | |
| Respondent. | |

Joseph H. Bornong, **NATIONAL LABOR RELATIONS BOARD**, 330 South Second Avenue, Suite 790, Minneapolis, MN 55401, for applicant.

Mark A. Anderson, Henry M. Buffalo, Jr., Jessica Intermill, and Joseph F. Halloran, **JACOBSON, BUFFALO, MAGNUSON, ANDERSON & HOGAN**, 1295 Bandana Boulevard, Suite 335, Saint Paul, MN 55108, for respondent.

This case is before the Court on respondent Fortune Bay Resort Casino's motion under Federal Rule of Civil Procedure 60 for temporary relief from judgment and Federal Rule of Civil Procedure 62(b) for a stay pending this post-judgment motion. (Docket No. 41.)

Based on the foregoing, and the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Fortune Bay Resort Casino's Combined Rule 60 Motion for Temporary Relief from Judgment and Rule 62(b) Motion to Stay Enforcement Pending Decision [Docket No. 41] is **GRANTED**.

2.    The Enforcement of the Court's February 26, 2010, Judgment [Docket No. 33] is **STAYED** pending the Court's ruling on Fortune Bay Resort Casino's Motion to Stay Pending Appeal [Docket No. 34].

DATED:  March 19, 2010                             ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                   United States District Judge